ANNIE GERTRUDE WRIGHT AND P. H. WRIGHT, HER HUSBAND, LORRAINE P. WRIGHT, P. HAROLD WRIGHT, JAMES DINWIDDIE WRIGHT, LOUIS CLAYTON WRIGHT, ROBERT E. LEE WRIGHT, AND ANNIE GERTRUDE WRIGHT, MINOR CHILDREN OF SAID ANNIE GERTRUDE WRIGHT AND P. H. WRIGHT, HER HUSBAND, *Appellants,* v. JAMES R. CARTER, ROBERT L. GEIGER AND AMOS L. WOOTEN, *Appellees.*

Deecision Filed July 27, 1921.

An Appeal from a Decree of the Circuit Court within and for the County of Brevard; James W. Perkins, Judge.

Petition for rehearing denied October 20, 1921.

*Stewart & Stewart* and *M. B. Smith,* for Appellants;

*Kay, Adams & Ragland,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises; it seems to the Court

that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby, affirmed.

TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.